Kenneth J. FISCHER, Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 05–3055.

United States Court of Appeals, Federal Circuit.

Oct. 13, 2005.

Before SCHALL, GAJARSA, and DYK, Circuit Judges.

***Judgment***

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.